IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARDY DEVAN TOLBERT, JR., AIS 160902, | : |
| Petitioner, | : |
| vs. | : CA 14-0407-WS-C |
| KARLA JONES, | : |
| | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 21, 2015, is **ADOPTED** as the opinion of this Court.

**DONE** this 13th day of February, 2015.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**