IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARDY DEVAN TOLBERT, JR., <br> AIS 160902, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | CA 14-0407-WS-C |
| KARLA JONES, | : | |
| | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d). Alternatively, this Court is procedurally barred from reaching the merit of the claim petitioner has raised in the instant habeas corpus petition. Tolbert is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 13th day of February, 2015.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**